UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLEN ALMODOVAR, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:15-CV-2527-G (BF) |
| RAY MABUS, Secretary of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the district court has made a *de novo* review of the proposed findings and recommendation to which objection was made pursuant to 28 U.S.C. § 636(b). The objections are overruled, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 20, 2015.

_____
**A. JOE FISH**
**Senior United States District Judge**